**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Thomas Salvador Martino,                    Case No. 8:14-bk-13452-KRM
                                                               Chapter 7

    Debtor.
_____/

Douglas Menchise, Chapter 7
Trustee,

    Plaintiff,

vs.                                                Adv. Pro. No. 8:15-ap-554-KRM

Thomas Salvador Martino and
Pamela Cordell Martino,

    Defendants.
_____/

**MEDIATOR'S REPORT AND**
<u>**NOTICE OF COMPLETION OF MEDIATION**</u>

     Pursuant to Local Rule 9019-2, a mediation conference was held on January 22, 2016, and the results of that conference are indicated below:

    (a)     The following individuals were present:

        1.  Parties (name and capacity) –

            a.  Douglas Menchise, Chapter 7 Trustee/Plaintiff
            b.  Thomas Salvador Martino, Debtor/Defendant
            c.  Pamela Cordell Martino, Defendant

        2.  Counsel of record (name and party representing) --

            a.  A. Christopher Kasten, II, Esq. – Counsel for the Trustee
            b.  D. Lee Pitisci, Esq. – Counsel for Debtor/Defendants

    (b)    The following parties failed to appear and/or participate as volunteered:  None.

    (c)    The outcome of the mediation conference was:

The dispute has been completely resolved and participating counsel have been instructed to file a motion for approval of the compromise on the terms stated on the record in open court.

Dated:  January 25, 2016

*Caryl E. Delano*

_____

Caryl E. Delano
United States Bankruptcy Judge
Mediator

The Clerk's office is directed to serve a copy of this report on the parties via CM/ECF.